# UNITED STATES DISTRICT COURT
## District of Kansas
(Topeka Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                               **CASE NO.** 11-40078-01/05

**VIROK D. WEBB,**
**MARCUS D. ROBERSON,**
**JAMAICA L. CHISM,**
**ALISHA A. ESCOBEDO, and**
**MEGAN N. FULLER,**

        **Defendants.**

# SEALED INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT ONE

**21 U.S.C. § 846**
**(Conspiracy to Distribute Crack Cocaine)**

That on a date unknown to the Grand Jury, but beginning on or before November 7, 2008, and continuing until on or about April 1, 2011, in the District of Kansas, the defendants,

**VIROK D. WEBB,**
**MARCUS D. ROBERSON,**
**JAMAICA L. CHISM,**

**ALISHA A. ESCOBEDO, and**
**MEGAN N. FULLER,**

knowingly, willfully, and unlawfully conspired with each other, and with persons whose identities are both known and unknown to the Grand Jury, to distribute 280 grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846, with reference to Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A)(iii), and Title 18, United States Code, Section 2.

# A TRUE BILL

|  |  |
|---|---|
| August 24, 2011 | /s/   Foreperson |
| DATE | FOREPERSON OF THE GRAND JURY |

   Jared S. Maag   Ks. S.Ct. No. 17222
Assistant United States Attorney
for BARRY R. GRISSOM
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
500 State Avenue, Suite 360
Kansas City, KS 66101
913.551.6730
913.551.6541 (Fax)
barry.grissom@usdoj.gov
Ks. S.Ct. No. 10866

**It is requested that the trial be held in Topeka, Kansas**