# UNITED STATES DISTRICT COURT
## — District of Kansas —
(Topeka Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        **v.**                **CASE NO. <u>11-40078-01/02-JAR</u>**

**MARCUS D. ROBERSON,**

        **Defendant.**

# INFORMATION
[21 U.S.C. § 851(a)(1)]
[Prior Felony Convictions To Enhance Sentence]

The United States of America, by and through Barry R. Grissom, United States Attorney for the District of Kansas, and Jared S. Maag,  Assistant United States Attorney for said District, states as follows:

1. Marcus D. Roberson, the defendant herein, is currently charged with a violation of Title 21, United States Code, Part D, Section 846, namely conspiracy to distribute crack cocaine, in an Indictment  filed on August 24, 2011.  *See* Dk. 1.

2.  The United States Attorney charges that Marcus D. Roberson, upon conviction in

Count 1 of the Indictment, shall be sentenced to increased punishment by reason of the following prior final convictions, each for a felony drug offense, under the provision of Subchapter I, Title 21, Part D, Section 851, of the United States Code, to wit:

(a) That on or about August 21, 2006, the defendant, Marcus D. Roberson, was convicted in the United States District Court for the District of Kansas, Case No. 5:06CR40066-001-JAR, of conspiracy to distribute cocaine base and cocaine hydrochloride, said conviction being a felony under the laws of the United States relating to narcotic drugs and said conviction being a final judgment in the case.

(b) That on or about December 30, 2002, the defendant, Marcus D. Roberson, was convicted in the District Court of Geary County, Kansas, Case No. 02 CR 1144, of possession of cocaine, said conviction being a felony under the laws of the State of Kansas relating to narcotic drugs and said conviction being a final judgment in the case.

3. These prior convictions for felony drug offenses enhances the range of punishment for Marcus D. Roberson under 21 U.S.C. § 841(b)(1)(A) to a mandatory term of life imprisonment without release and a fine not to exceed the greater of twice that authorized in accordance with 18 U.S.C. § 3571 or $20,000,000.00.

4. This information is being filed to give notice to the defendant that the United States intends to seek the enhancement provided by statute, pursuant to the requirements of 21 U.S.C. § 851(a)(1).

Dated:        Topeka, Kansas
              August 28, 2011

                        BARRY R. GRISSOM
                        United States Attorney

              By:        /s/ *Jared S. Maag*

                        JARED S. MAAG, KS Bar No. 17222
                        Assistant United States Attorney
                        District of Kansas
                        290 Carlson Federal Building
                        444 SE Quincy Street
                        Topeka, KS 66683
                        Ph: 785.295.2850 (Office)
                        Fax: 785.295.2853
                        jared.maag@usdoj.gov

                **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August, 2011, I electronically filed the foregoing Information with the Clerk of the Court by using the CM/ECF system which will send an electronic copy to the following:

   Forrest A. Lowry
   Counsel for Defendant Roberson
   Bezek, Lowry & Hendrix
   111 E. 2nd, PO Box 1015
   Ottawa, KS 66067
   forrestlowry@hotmail.com

              By:        /s/ *Jared S. Maag*

                        JARED S. MAAG, KS Bar No. 17222
                        Assistant United States Attorney