# UNITED STATES DISTRICT COURT
## District of Kansas
(Topeka Docket)

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                      CASE NO. **11-40078-01/08-JAR**

VIROK D. WEBB,
MARCUS D. ROBERSON,
JAMAICA L. CHISM,
ALISHA A. ESCOBEDO,
MEGAN N. FULLER,
KENNIN DEWBERRY,
CARESS JACKSON, and
KEISHANA JOHNSON,

      Defendants.

# FIRST SEALED SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

**21 U.S.C. § 846**
**(Conspiracy to Distribute Crack Cocaine)**

That on a date unknown to the Grand Jury, but beginning on or before November 7, 2008, and continuing until on or about April 1, 2011, in the District of Kansas, the defendants,

**VIROK D. WEBB,
MARCUS D. ROBERSON,
JAMAICA L. CHISM,
ALISHA A. ESCOBEDO,
MEGAN N. FULLER,
KENNIN DEWBERRY,
CARESS JACKSON, and
KEISHANA JOHNSON,**

knowingly, willfully, and unlawfully conspired with each other, and with persons whose identities are both known and unknown to the Grand Jury, to distribute 280 grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846, with reference to Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A)(iii), and Title 18, United States Code, Section 2.

## COUNT TWO

**21 U.S.C. § 846**
**(Conspiracy to Distribute Powder Cocaine)**

That on a date unknown to the Grand Jury, but beginning on or before November 7, 2008, and continuing until on or about April 1, 2011, in the District of Kansas, the defendants,

**VIROK D. WEBB,
MARCUS D. ROBERSON,
JAMAICA L. CHISM,
ALISHA A. ESCOBEDO,
MEGAN N. FULLER,
KENNIN DEWBERRY,
CARESS JACKSON, and
KEISHANA JOHNSON,**

knowingly, willfully, and unlawfully conspired with each other, and with persons whose identities are both known and unknown to the Grand Jury, to distribute 5 kilograms or more of a mixture and

substance containing a detectable amount of cocaine hydrochloride, commonly known as "powder cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846, with reference to Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A)(ii), and Title 18, United States Code, Section 2.

## COUNT THREE

**18 U.S.C. § 1512(a)(1)(C)**
**(Murder to Prevent a Person From Providing Information Concerning**
**a Federal Crime to a Law Enforcement Officer of the United States)**

That on or about March 2, 2010, and up to and including March 3, 2010, in the District of Kansas, the defendants,

**VIROK D. WEBB and**
**MARCUS D. ROBERSON,**

did willfully, deliberately, maliciously, with premeditation and malice aforethought, kill one CRYSTAL K. FISHER, with the intent to prevent CRYSTAL K. FISHER from communicating to a law enforcement officer of the United States the facts and details of the commission and possible commission of federal offenses, namely the distribution of cocaine and cocaine base, commonly known as "powder cocaine" and "crack cocaine," respectively, and conspiracy to distribute cocaine and cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1) and 846; all in violation of Title 18, United States Code, Section 1512(a)(1)(C) and Title 18, United States Code, Section 2.

As to Count Three, the Grand Jury further finds the existence of the following:

1. Threshold Culpability Factors Enumerated Under 18 U.S.C. § 3591(a)(2):

    a. The defendants VIROK D. WEBB and MARCUS D. ROBERSON were 18

years of age or older at the time of the murder. 18 U.S.C. § 3591(a).

    b.    The defendants VIROK D. WEBB and MARCUS D. ROBERSON intentionally killed CRYSTAL K. FISHER. 18 U.S.C. § 3591(a)(2)(A).

    c.    The defendants VIROK D. WEBB and MARCUS D. ROBERSON intentionally inflicted serious bodily injury that resulted in the death of CRYSTAL K. FISHER. 18 U.S.C. § 3591(a)(2)(B).

    d.    The defendants VIROK D. WEBB and MARCUS D. ROBERSON intentionally participated in an act, contemplating that the life of CRYSTAL K. FISHER would be taken or intending that lethal force would be used in connection with CRYSTAL K. FISHER, who was an individual other than one of the participants in the offense, and that CRYSTAL K. FISHER died as a direct result of the act. 18 U.S.C. § 3591(a)(2)(C); or

    e.    The defendants VIROK D. WEBB and MARCUS D. ROBERSON intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to CRYSTAL K. FISHER, who was an individual other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and that CRYSTAL K. FISHER died as a direct result of the act. 18 U.S.C. § 3591(a)(2)(D).

2.    Aggravating Factors Enumerated Under 18 U.S.C. § 3592(c)(1) through § 3592(c)(16):

    a.    The defendants VIROK D. WEBB and MARCUS D. ROBERSON

committed the offense after substantial planning and premeditation to cause the death of CRYSTAL K. FISHER. 18 U.S.C. § 3592(c)(9);

b. The defendants VIROK D. WEBB and MARCUS D. ROBERSON had each previously been convicted of violating title II or III of the Comprehensive Drug Abuse Prevention and Control Act of 1970 for which a sentence of 5 or more years may be imposed. 18 U.S.C. 3592(c)(12).

# A TRUE BILL

October 19, 2011 /s/ Foreperson
DATE    FOREPERSON OF THE GRAND JURY

Jared S. Maag   Ks. S.Ct. No. 17222
Assistant United States Attorney
for BARRY R. GRISSOM
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
500 State Avenue, Suite 360
Kansas City, KS 66101
913.551.6730
913.551.6541 (Fax)
barry.grissom@usdoj.gov
Ks. S.Ct. No. 10866

**It is requested that the trial be held in Topeka, Kansas**